UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ERIC JERMAINE HARVEY,

          Petitioner,          Case No. 1:22-cv-26

v.                                     Honorable Ray Kent

FREDEANE ARTIS,

          Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner must show cause within 28 days why the petition should not be dismissed as untimely.


Dated:   January 26, 2022                   /s/ Ray Kent
                                                              Ray Kent
                                                               United States Magistrate Judge